UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALLEN, ET AL.                                                                CIVIL ACTION

VERSUS                                                                       19-801-SDD-EWD

C.R. BARD, INC., ET AL.

### RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated June 10, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Complaint*[3] and this matter are hereby DISMISSED, pursuant to Local Rule 41(b)(4) and Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS FURTHER ORDERED** that, pursuant to Local Civil Rule 41(b)(3), the reinstatement of this action within thirty (30) days shall be permitted upon a showing of good cause by the Plaintiff. The Clerk of Court shall send, via certified mail, return receipt requested and regular mail, a copy of this *Ruling and Order* to Plaintiff at the address listed on PACER.

Signed in Baton Rouge, Louisiana the 9th day of July, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 63.
[3] Rec. Doc. 1.